INTERIOR CONDUIT & INSULATION CO. v. EUREKA ELECTRIC CO.. (Circuit Court of Appeals, Second Circuit. January 22, 1895.) No. 58. Appeal from the Circuit Court of the United States for the Southern District of New York. Dyer & Seely and Lewis & Driscoll, for appellant. Francis Forbes, for appellee. No opinion. Affirmed. See 62 Fed. 456.

THE JOSHUA NICHOLSON. (Circuit Court of Appeals, Second Circuit. January 20, 1897.) No. 86. Appeal from the District Court of the United States for the Southern District of New York. Wilcox, Adams & Green, for appellant Berwind-White Coal-Min. Co. Convers & Kirlin, for appellee the Joshua Nicholson. Dismissed on consent, pursuant to twentieth rule. See 56 Fed. 614.

THE KATE. (Circuit Court of Appeals, Second Circuit. November 30, 1896.) No. 84. Appeal from the District Court of the United States for the Southern District of New York. George Bethune Adams, for appellant Berwind-White Coal-Min. Co. Convers & Kirlin, for appellee the Kate. Case certified to supreme court for instructions. See 164 U. S. 458, 17 Sup. Ct. 135.

KNOTT v. BOTANY WORSTED MILLS. (Circuit Court of Appeals, Second Circuit. May 27, 1897.) No. 128. Appeal from the District Court of the United States for the Southern District of New York. Convers & Kirlin, for appellant. Black & Kneelan, for appellee. No opinion. Affirmed.

LOBITZ v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 15, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Stephen G. Clarke, for appellant. Wallace Macfarlane, U. S. Atty. Dismissed, pursuant to the sixteenth rule,. for failure to docket. See 75 Fed. 834.

MAITLAND v. BIRKETT. (Circuit Court of Appeals, Second Circuit. April 8, 1897.) No. 115. Appeal from the Circuit Court of the United States for the Eastern District of New York. Henry M. Brigham, for appellant. Dyer & Driscoll, for appellee. Affirmed by a divided court.

MERCANTILE CREDIT GUARANTEE CO. OF NEW YORK v. TEBBETTS et al. (Circuit Court of Appeals, Second Circuit. April 20, 1897.) No. 117. In Error to the Circuit Court of the United States for the Southern District of New York. A. J. Dittenhoefer and David Murray, for plaintiff in error. Stickney, Spencer & Ordway, for defendants in error. No opinion. Affirmed. See 19 C. C. A. 281, 73 Fed. 95.

MEXICAN NAT. R. CO. v. DAVIDSON. (Circuit Court of Appeals, Second Circuit. April 30, 1895.) No. 49. In Error to the Circuit Court of the United States for the Eastern District of New York. Treadwell Cleveland, for plaintiff in error. Parsons, Shepard & Ogden, for defendant in error. No opinion. Reversed, pursuant to answer of supreme court on certificate. 157 U. S. 201, 15 Sup. Ct. 563.